UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:04CR337 (AWT) |
| | : | |
| NEGUS FORRESTER | : | |

### FINAL ORDER OF FORFEITURE

Whereas, on April 12, 2006, this court entered a Preliminary Order of Forfeiture forfeiting, pursuant to 21 U.S.C. § 853, one 1993 Acura Integra, VIN JH4DA9360PS021527;

Whereas, pursuant to 21 U.S.C. § 853(n), on May 3, 2006, the United States published in the Hartford Courant, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property as the Attorney General may direct, and further notifying all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

Whereas no petitions have been filed.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

That, pursuant to 21 U.S.C. § 853(n)(7), the right, title, and interest to the above-referenced vehicle, is hereby condemned, forfeited, and vested in the United States of America and that no right, title, or interest to the property shall exist in any other party;

That pursuant to 21 U.S.C. §§ 853(g)-(i), the United States may dispose of this property according to law; and

That the Clerk of Court is directed to send two (2) certified copies of this Final Order of Forfeiture to Raymond F. Miller, Assistant United States Attorney, 157 Church Street, New Haven, Connecticut 06510, as well as copies of this order to all counsel or parties of record.

It is so ordered.

Dated this 20th day of June, 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson

Alvin W. Thompson
United States District Judge